Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re _Tony Reason_____,                    Case No. _08-8235_
            Debtor
                                                       Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ _68.50_    Check one  ☒  With the filing of the petition, or
                           ☐  On or before _____

   $ _68.50_    on or before _5/5/08_

   $ _68.50_    on or before _6/5/08_

   $ _68.50_    on or before _7/5/08_

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR - 4 2008

KENNETH S. GARDNER, CLERK
PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _Tony Reason_        _4/4/08_
Signature of Attorney    Date            Signature of Debtor     Date
                                         (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                         _____
                                         Signature of Joint Debtor (if any)    Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois_____

In re _Tony Pearson_____,                Case No. _08-8235_
              Debtor

                                                   Chapter __13__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐  With the filing of the petition, or
                                 ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                   BY THE COURT

Date: APR 4 - 2008                                 **KENNETH S. GARDNER**
                                                   Clerk, U.S. Bankruptcy Court
                                                   _____
                                                   Kenneth S. Gardner, Clerk of the Court