```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 08235
  TONY PEARSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-2083

------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/04/2008 and was not confirmed.

    The case was dismissed without confirmation 05/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME           CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------

PRO SE DEBTOR         DEBTOR ATTY            .00                             .00
TOM VAUGHN            TRUSTEE                                                .00
DEBTOR REFUND         REFUND                                                 .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                            --------------        --------------
TOTALS                          .00                      .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/26/08                 _____

                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```